<u>United States Bankruptcy Court for the W.D. Michigan</u>

In Re: Alan S Kakuk
Tammany C. Kakuk

Chapter 7
Case No: 12-90390

<u>Asset Protection</u> - Exhibit 3

By local rule of this Court, debtors filing Chapter 7 petitions and debtors in cases converting to Chapter 7 must file an Asset Protection Report giving information about the status insurance coverage on assets in the estate. If the debtor has sufficient insurance coverages to protect any exemptible interest in real or personal property or does not wish the trustee to use estate funds to procure such coverages, the debtor may sign the waiver below.

## REQUEST TO TRUSTEE NOT TO INSURE EXEMPTIBLE ASSETS

I, a debtor who has signed below, state that I intend to provide insurance protection for any exemptible interests in real or personal property in the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

_[signature]_ 7-3-12         _Tammany Kakuk_ 7-3-12
Signature        Date         Signature        Date

| Asset |
|---|
| Insurance Agent |
| Policy Limit and Expiration Date |
| Secured Party |

| Asset |
|---|
| Insurance Agent |
| Policy Limit and Expiration Date |
| Secured Party |

| Asset |
|---|
| Insurance Agent |
| Policy Limit and Expiration Date |
| Secured Party |