UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN AT MARQUETTE

In Re:

    Alan S. Kakuk and Tammany C. Kakuk        Case No.  12-90390-swd
                                                                                 Chapter 7
                                                                                 Hon. Scott W. Dales

    Debtors,
_____/

### ORDER GRANTING MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY AND TO WAIVE FOURTEEN-DAY STAY
### PURSUANT TO RULE 4001(A)(3)

       The Court finding that a Motion for Relief from the Automatic Stay has been filed by Movant, Systems & Services Technologies, Inc.; and the Court finding that  provides for entry of an Order if a response has not been filed within 14 days after service of the Motion on the parties; and the Court finding that no response has been within 14 days, and the Court having noted that Movant has complied with applicable provisions of L.B.R. 9013(c)(1)(B), and  the Court having determined that continuation of the automatic stay against Movant would deny it the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. Section 361;

       **IT IS HEREBY ORDERED** that the Motion for Relief from the Automatic Stay as to Systems & Services Technologies, Inc., is hereby granted and that the Automatic stay is hereby terminated as to Movant as to the collateral described as a 2006 BUICK RENDEZVOUS, VIN# 3G5DA03L865522629 to allow the Creditor to commence or continue its federal and or its states court remedies as to the collateral.  Any surplus remaining after the sale of the collateral shall be turned over to the Trustee.

       **IT IS FURTHER ORDERED** that this Order shall remain valid notwithstanding conversion of this case to any other chapter under the Bankruptcy Code.

       **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all matters relating to enforcement of this order.

       **IT IS FURTHER ORDERED** that the fourteen-day stay imposed by Rule 4001(a)(3) is hereby waived.

**IT IS SO ORDERED.**

Dated September 12, 2012



_____
Scott W. Dales
United States Bankruptcy Judge