UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN (MARQUETTE)

| | | |
|---|---|---|
| In re | ) | Case No. 12-90390-swd |
| | ) | |
| Alan S. Kakuk | ) | Chapter 7 |
| | ) | |
| Tammany C. Kakuk | ) | Judge Scott W. Dales |
| Debtors | | |

### ORDER FOR RELIEF FROM STAY

This cause came to be heard upon the motion of Wells Fargo Dealer Services, Inc., fka Wachovia Dealer Services, Inc. ("Creditor") for an entry of an order granting relief from the automatic stay.

The Court finding that Debtors' Response has been Withdrawn and that no other response to the Motion has been filed within fourteen (14) days, and the Court having noted that Creditor has complied with the applicable provisions of L.B.R. 9013.

It is therefore ORDERED, ADJUDGED and DECREED that Creditor is granted relief from stay as to the property described in its motion, to wit; 2006 Chevrolet Silverado, VIN #2GCEK19B061319325.

It is further ORDERED, ADJUDGED and DECREED that the Automatic Stay enjoining Creditor from enforcing its interest in the above described property is hereby terminated.

**IT IS SO ORDERED.**



Dated September 14, 2012

Scott W. Dales
United States Bankruptcy Judge